United States District Court
Southern District of Texas
**ENTERED**
July 07, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| EDGAR OMAR NUNEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. H-26-3615 |
| vs. | § | |
| | § | |
| WARDEN, Joe Corley Processing Center, *et al.*, | § | |
| | § | |
| | § | |
| Respondents. | § | |
| | § | |

**ORDER**

The petitioner, Edgar Omar Nunez, is a detainee in the custody of United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) officials at the Joe Corley Processing Center. Representing himself, he has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his continued detention. (Docket Entry No. 1). On June 11, 2026, the government filed a response and motion for summary judgment (Docket Entry No. 6) arguing that the petitioner is not entitled to relief because he is subject to a final order of removal. However, review of the Executive Office for Immigration Review's *Automated Case Information* website indicates that an appeal of the immigration judge's order of removal was received by the Board of Immigration Appeals.[1] It appears that the petitioner has filed a timely appeal of the removal order. Removal orders are automatically stayed during appellate proceedings before the BIA. *Contreras-Molina v. Warden of the Prarieland Det. Ctr.*, No. 3:26-CV-00867-E-BN, 2026 WL 809853, at *1 (N.D. Tex. Mar. 24, 2026) (citing 8 C.F.R. § 1003.6(a));

[1] Publicly available information related to the petitioner's immigration proceedings may be found by searching for the petitioner by the petitioner's A-number and nationality at the Executive Office for Immigration Review's website, available at https://acis.eoir.justice.gov/en (last visited July 6, 2026).

*see also Valle Vargas v. De Anda-Ybara*, No. CV 25-834 JB/GBW, 2026 WL 63932, at *2 (D.N.M. Jan. 8, 2026) ("Th[e] appeal [to the BIA of the petitioner's removal] automatically stayed the removal order.") (citing 8 C.F.R. § 1003.6(a)), *R&R adopted sub nom. Valle Vargas v. De Anda-Ybarra*, No. CIV 25-0834 JB/GBW, 2026 WL 256810 (D.N.M. Jan. 30, 2026).

In light of the fact that the petitioner has a pending appeal before the BIA and that removal orders are automatically stayed during appellate proceedings before the BIA, the court **orders** the respondents to file a response, **by July 14, 2026**, that addresses whether the petitioner in fact has an appeal pending before the Board of Immigration Appeals and, if so, whether the removal order is administratively final.

SIGNED on July 7, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge